ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| AL TASMEM For Logistics | ) | ASBCA No. 64555 |
| | ) | |
| Under Contract No. H92236-26-P-5020 | ) | |

APPEARANCE FOR THE APPELLANT:        Mr. Ahmed Hammadi
                                       CEO

APPEARANCES FOR THE GOVERNMENT:   Caryl A. Potter, III, Esq.
                                       Air Force Deputy Chief Trial Attorney
                                     Siobhan Donahue, Esq.
                                     CPT Ellen Simic, JA
                                       Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 10, 2026

OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64555, Appeal of AL TASMEM For Logistics, rendered in conformance with the Board's Charter.

Dated:  June 10, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals